UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

Judith Sypnier,

    Plaintiff,

v.    CASE NO. 9:23-CV-80044-RLR

Ourisman Fairfax, Inc. d/b/a Ourisman Fairfax Toyota,

    Defendant.

## NOTICE OF SETTLEMENT

Judith Sypnier and Ourisman Fairfax, Inc. d/b/a Ourisman Fairfax Toyota (the "Parties") hereby notify the Court that they have reached an agreement in principle to resolve this action. The Parties respectfully request that the Court vacate all pending deadlines and provide the Parties with 30 days to finalize the settlement and file a notice or stipulation of dismissal.

Date: February 24, 2023

    */s/ Alex D. Kruzyk*
    Alex D. Kruzyk
    Bryan A. Giribaldo
    **PARDELL, KRUZYK & GIRIBALDO, PLLC**
    501 Congress Avenue, Suite 150
    Austin, Texas 78701
    Tele: (561) 726-8444
    akruzyk@pkglegal.com
    bgiribaldo@pkglegal.com

    Logan A. Pardell
    **PARDELL, KRUZYK & GIRIBALDO, PLLC**
    443 Plaza Real, Suite 275
    Boca Raton, FL 33432
    Tele: (561) 726-8444
    lpardell@pkglegal.com

    *Counsel for Plaintiff*